# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-3183

_____

United States of America

*Plaintiff - Appellee*

v.

Dale Martin, Jr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of South Dakota

_____

Submitted: March 5, 2025
Filed: March 21, 2025
[Unpublished]

_____

Before SMITH, SHEPHERD, GRASZ, Circuit Judges.

_____

PER CURIAM.

Dale Martin, Jr. appeals after the district court[1] revoked his supervised release and sentenced him to a prison term of 12 months and one day, with no supervised

---

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.

release to follow.  His counsel has moved to withdraw and has filed a brief challenging the sentence as substantively unreasonable.

After reviewing the record, we conclude the district court did not abuse its discretion in imposing the sentence.  *See United States v. Valure*, 835 F.3d 789, 790 (8th Cir. 2016) (reviewing revocation sentence for abuse of discretion).  The court considered the relevant factors and did not give significant weight to an improper factor or commit a clear error in weighing the factors.  *See United States v. Larison*, 432 F.3d 921, 923-24 (8th Cir. 2006).  The sentence was also statutorily permissible.  *See* 18 U.S.C. § 3583(e)(3).  Accordingly, we grant counsel's motion to withdraw, and affirm.

_____